JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 13-00987 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Noheil Zadah, aka Noheil M. Zadah, aka Noheil Y. Zadah, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Noheil Zadah, aka Noheil M. Zadah, aka Noheil Y. Zadah, in the principal amount of $2,971.58 plus interest accrued to January 29, 2013, in the sum of $6,307.15; with interest accruing thereafter at the daily rate of $0.73 until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**9,278.73**.

DATED: April 30, 2013                    By: _____ erry Nafi _____
                                              Clerk of the
                                              
                                              _____
                                              Deputy Clerk
                                              United States District Court